An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL CABELL,
Petitioner,
vs.
THE HONORABLE STEVE L.
DOBRESCU, DISTRICT JUDGE,
Respondent.

No. 67870

**FILED**

MAY 1 9 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus. Petitioner seeks a writ directing the district court to file his complaint and/or deny it. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160. Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:  Michael Cabell
     Attorney General/Carson City
     White Pine County Clerk

15-15389